# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Phyllis M. | US Bankruptcy Court, Eastern & Western Districts Arkansas | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active - Full Time | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

300 West Second Street
Little Rock
Arkansas
72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | First Electric Cooperative - salary |
| 2. 2017 | Self-employed - professional surveyor |
| 3. 8/17-12/17 | NRECA - fixed annuity payments |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great Lakes - Spouse | Student Loan | L |
| 2. | Hilton Grand Vacation | Time Share #1 Clark County, NV | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (Accounts) (IRA) | A | Int./Div. | L | T | | | | | |
| 2. NRECA 401(K) Pension: (H) | | | | | | | | | |
| 3. -- Money Market Fund | A | Dividend | M | T | | | | | |
| 4. -- S&P 500 Stock Index Fund | B | Dividend | K | T | | | | | |
| 5. -- Diversified Growth Stock | B | Dividend | K | T | | | | | |
| 6. -- 2020 Target Date Portfolio | B | Dividend | K | T | | | | | |
| 7. NRECA Retirement & SecurityDefinedBenefit Plan | | None | O | T | | | | | |
| 8. Time Share #1 Clark County, NV ($31,780 - 07/16/15) | | None | K | R | | | | | |
| 9. New York Life - Whole Life | A | Dividend | J | T | | | | | |
| 10. Shelter Insurance - Universal Life (No Fund Selected) | A | Dividend | J | T | | | | | |
| 11. ArvestWealthManagement Account #1(IRA)(H) | | | | | | | | | |
| 12. -- JP Morgan 100% US Treasury Securities Money Market Account | A | Dividend | J | T | Buy (add'l) | 01/03/17 | J | | |
| 13. | | | | | Distributed (part) | 01/12/17 | J | | |
| 14. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 15. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 16. | | | | | Distributed (part) | 02/09/17 | J | | |
| 17. | | | | | Buy (add'l) | 03/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)  Amount Code 1 (A-H) | (2)  Type (e.g., div., rent, or int.) | (1)  Value Code 2 (J-P) | (2)  Value Method Code 3 (Q-W) | (1)  Type (e.g., buy, sell, redemption) | (2)  Date mm/dd/yy | (3)  Value Code 2 (J-P) | (4)  Gain Code 1 (A-H) | (5)  Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 03/23/17 | J | | |
| 19. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 20. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 21. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 22. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 23. | | | | | Distributed (part) | 04/10/17 | J | | |
| 24. | | | | | Distributed (part) | 04/18/17 | J | | |
| 25. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 26. | | | | | Distributed (part) | 05/04/17 | J | | |
| 27. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 29. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 30. | | | | | Distributed (part) | 05/26/17 | J | | |
| 31. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 32. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 33. | | | | | Distributed (part) | 06/08/17 | J | | |
| 34. | | | | | Distributed (part) | 06/14/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 06/23/17 | J | | |
| 36. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 37. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 39. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 40. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 41. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 42. | | | | | Distributed (part) | 08/16/17 | J | | |
| 43. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 44. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 45. | | | | | Distributed (part) | 09/15/17 | J | | |
| 46. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 47. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 48. | | | | | Distributed (part) | 09/26/17 | J | | |
| 49. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 50. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 51. | | | | | Buy (add'l) | 10/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 53. | | | | | Distributed (part) | 10/30/17 | J | | |
| 54. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 55. | | | | | Distributed (part) | 11/03/17 | J | | |
| 56. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 57. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 58. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 59. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 60. | | | | | Distributed (part) | 12/14/17 | J | | |
| 61. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 62. | | | | | Distributed (part) | 12/21/17 | J | | |
| 63. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 64. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 65. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 66. -- Deutsche X-Trackers ETX-Trackers MSCI Europe Hedged Equity DBEU | A | Dividend | J | T | Sold (part) | 05/04/17 | J | A | |
| 67. | | | | | Sold (part) | 06/14/17 | J | A | |
| 68. | | | | | Buy (add'l) | 09/15/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/26/17 | J | A | |
| 70. -- Goldman Sachs ETF TR ET Activebeta US Large Cap Equity ETF GSLC | A | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 71. | | | | | Sold (part) | 06/14/17 | J | A | |
| 72. | | | | | Sold (part) | 09/26/17 | J | A | |
| 73. -- Guggenheim ET S&P 500 Equal Weighted Index FD RSP | A | Dividend | K | T | Sold (part) | 05/04/17 | J | A | |
| 74. | | | | | Sold (part) | 06/14/17 | J | A | |
| 75. | | | | | Sold (part) | 09/26/17 | J | A | |
| 76. -- IShares ET Agency Bond SGZ | A | Dividend | J | T | Buy (add'l) | 05/04/17 | J | | |
| 77. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 78. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 79. -- IShares ET 10-20 Year Treasury Bond TLH | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |
| 80. | | | | | Sold (part) | 02/09/17 | J | | |
| 81. | | | | | Sold (part) | 03/23/17 | J | | |
| 82. | | | | | Sold (part) | 04/10/17 | J | A | |
| 83. | | | | | Sold (part) | 04/18/17 | J | A | |
| 84. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 85. | | | | | Sold (part) | 05/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 87.     -- IShares ETF CMBS | A | Dividend | J | T | Buy (add'l) | 05/04/17 | J | | |
| 88. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 89. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 90.     -- IShares ET 7-10 Year Treasury Bond | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |
| 91. | | | | | Sold (part) | 02/09/17 | J | | |
| 92. | | | | | Sold (part) | 04/18/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 94. | | | | | Sold (part) | 05/26/17 | J | | |
| 95. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 96. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 97.     -- IShares ET 1-3 Year Treasury Bond | A | Dividend | J | T | Buy (add'l) | 01/12/17 | J | | |
| 98. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 99. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 100. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 101. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 102. | | | | | Sold (part) | 05/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 104. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 105. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 106.  -- IShares 20+ Year ET Treasury Bond TLT | A | Dividend | J | T | Sold (part) | 02/09/17 | J | | |
| 107. | | | | | Sold (part) | 03/23/17 | J | | |
| 108. | | | | | Sold (part) | 04/10/17 | J | | |
| 109. | | | | | Sold (part) | 04/18/17 | J | | |
| 110. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 111. | | | | | Sold (part) | 05/26/17 | J | | |
| 112. | | | | | Sold (part) | 06/02/17 | J | | |
| 113. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 114.  -- IShares Iboxx & ET Investment Grade Corp BD LQD | A | Dividend | J | T | Sold (part) | 04/10/17 | J | | |
| 115. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 116. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 117. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 118.  -- IShares MBS MBB | A | Dividend | J | T | Sold (part) | 04/10/17 | J | | |
| 119. | | | | | Buy (add'l) | 05/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/17/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 122. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 123.  -- IShares TIP Bond ET TIP | A | Dividend | J | T | Buy (add'l) | 04/10/17 | J | | |
| 124. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 125. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 126. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 127.  -- Schwab Strategic TR ET Intl Equity ETF SCHF | A | Dividend | J | T | Sold (part) | 05/04/17 | J | A | |
| 128. | | | | | Sold (part) | 06/14/17 | J | A | |
| 129. | | | | | Sold (part) | 09/26/17 | J | A | |
| 130.  -- SPDR S&P 500 Trust ET SPY | A | Dividend | K | T | Sold (part) | 05/04/17 | J | A | |
| 131. | | | | | Sold (part) | 06/14/17 | J | A | |
| 132. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 133. | | | | | Sold (part) | 12/14/17 | J | A | |
| 134.  -- Vanguard FTSE Developed Markets ETF VEA | A | Dividend | K | T | Sold (part) | 05/04/17 | J | A | |
| 135. | | | | | Sold (part) | 06/14/17 | J | A | |
| 136. | | | | | Sold (part) | 09/26/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 138. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 139.  -- Vanguard Growth VUG | A | Dividend | | | Sold (part) | 05/05/17 | J | A | |
| 140. | | | | | Sold (part) | 06/14/17 | J | A | |
| 141. | | | | | Sold (part) | 09/15/17 | J | A | |
| 142. | | | | | Sold | 09/26/17 | J | A | |
| 143.  -- Vanguard Intl Equity ET Index FDS FTSE Emerging Mkts ETF VWG | A | Dividend | J | T | Sold (part) | 05/05/17 | J | A | |
| 144. | | | | | Sold (part) | 06/14/17 | J | A | |
| 145. | | | | | Sold (part) | 09/26/17 | J | A | |
| 146.  -- Vanguard Mid-Cap Growth Fund VOT | A | Dividend | J | T | Sold (part) | 05/05/17 | J | A | |
| 147. | | | | | Sold (part) | 06/14/17 | J | A | |
| 148.  -- Vanguard Mid-Cap Value Index Fund VDE | A | Dividend | J | T | Sold (part) | 06/14/17 | J | A | |
| 149. | | | | | Sold (part) | 09/26/17 | J | A | |
| 150.  -- Vanguard REIT ET VNQ | A | Dividend | J | T | Buy (add'l) | 05/04/17 | J | | |
| 151. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 152. | | | | | Sold (part) | 08/16/17 | J | | |
| 153. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 155. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 156. -- Vanguard Short Term ET Corp BD VCSH | A | Dividend | J | T | Sold (part) | 04/10/17 | J | | |
| 157. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 158. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 159. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 160. -- Vanguard Small Cap Valu ETF VBR | A | Dividend | J | T | Buy (add'l) | 05/04/17 | J | | |
| 161. | | | | | Sold (part) | 06/14/17 | J | A | |
| 162. | | | | | Sold (part) | 09/26/17 | J | A | |
| 163. -- Vanguard Small Cap ET Growth VBK | A | Dividend | J | T | Sold (part) | 05/04/17 | J | A | |
| 164. | | | | | Sold (part) | 06/14/17 | J | A | |
| 165. | | | | | Sold (part) | 09/26/17 | J | A | |
| 166. -- Wisdomtree Japan ET Hedged Equity Fund DXJ | A | Dividend | | | Sold (part) | 06/14/17 | J | A | |
| 167. | | | | | Sold (part) | 09/26/17 | J | A | |
| 168. | | | | | Sold | 11/03/17 | J | B | |
| 169. -- IShares ETF MSCI India | A | Dividend | J | T | Sold (part) | 05/04/17 | J | A | |
| 170. | | | | | Sold (part) | 06/14/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- SPDR Gold Trust ETF | | None | | | Sold (part) | 05/05/17 | J | | |
| 172. | | | | | Sold | 05/26/17 | J | | |
| 173.  -- First Trust FD IV ETF No American Energy Infrastructure Fund EMLP | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 174. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 175. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 176. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 177. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 178. | | | | | Sold (part) | 09/26/17 | J | | |
| 179. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 180.  -- Powershares DB ETF Agriculture Fund | | None | | | Buy | 01/12/17 | J | | |
| 181. | | | | | Sold (part) | 05/04/17 | J | | |
| 182. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 183. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 184. | | | | | Sold | 12/21/17 | J | | |
| 185.  -- IShares ETF 3-7 Treasury Bond IEI | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 186. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 187. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Powershares Actively ETF Mngd Exch Trd Cmmdty Yld Optm Yld Dvrsfd | | None | | | Buy | 06/08/17 | J | | |
| 189. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 190. | | | | | Sold (part) | 09/26/17 | J | A | |
| 191. | | | | | Sold | 10/30/17 | J | A | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Phyllis M. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Phyllis M. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544